**FILED**
ASHEVILLE, N. C.

MAY 1 2 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR273-3 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| BENJAMIN LEE COVINGTON | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 12th day of May, 2005.

LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE